IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS LE JON WILLIAMS,<br><br>Defendant. | CR-23-26-M-DLC<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of attempted possession with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(l), as set forth in the Superseding Indictment (Count II). Defendant further agrees to the forfeiture allegation in the Superseding Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss counts I, III, and IV of the Superseding Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an


informed and voluntary plea,

    2. That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

    3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

    4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Count II of the Superseding Indictment, that sentence be imposed, and that the agreed forfeiture be

//

//

//

//

//

//

imposed against Defendant. I further recommend that counts I, III, and IV of the Superseding Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 7th day of December, 2023.

Kathleen L. DeSoto
United States Magistrate Judge